IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : Chapter 13

John S Fleming                        : Case No. 16-15933- jkf

    Debtor(s)

NOTICE OF RESCHEDULED MEETING OF CREDITORS AND CERTIFICATE OF SERVICE

The Meeting of Creditors Schedule for October 19, 2016, has been rescheduled for November 16, 2016 at 9:30 am at the following location:

Chapter 13 Meeting Room
1234 Market Street
Suite 18-341
Philadelphia, PA 19107

/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor

Dated:  October 26, 2016

A copy of this notice is being served on all creditors and the Chapter 13 Trustee.