United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-15933-elf
John S Fleming                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2              Date Rcvd: Jun 27, 2018
                              Form ID: pdf900          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2018.
```
db          +John S Fleming,   2902 S. Felton Street,   Philadelphia, PA 19142-3410
13780088    +First Federal Credit & Collections,   24700 Chagrin Blvd,   Suite 205,
             Cleveland, OH 44122-5662
13780089    +I C System Inc,   Po Box 64378,   Saint Paul, MN 55164-0378
13780090     Internal Revenue Service,   Attn: Special Procedures,   6th and Arch Streets,
             Philadelphia, PA 19106
13780091    +Media Members Federal,   800 River Rd,   Conshohocken, PA 19428-2632
13813676    +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
13780097    +Midland Mortgage Co,   Attn: Customer Service/Bankruptcy,   Po Box 26648,
             Oklahoma City, OK 73126-0648
13780100     Ophthalmic Partners of PA,   P.O. Box 95000-1995,   Philadelphia, PA 19195-1995
13780102     Phila Gas Works,   PO Box 11700,   Newark, NJ 07101-4700
13803136    +Philadelphia Gas Works,   800 W Montgomery Avenue,   Philadelphia Pa 19122-2898,
             Attn: Bankruptcy Dept 3F
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Jun 28 2018 02:07:56    City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 28 2018 02:07:38
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 28 2018 02:07:54    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13780084    +E-mail/Text: EBNProcessing@afni.com Jun 28 2018 02:07:51    Afni, Inc.,   Po Box 3427,
             Bloomington, IL 61702-3427
13780085    +E-mail/Text: broman@amhfcu.org Jun 28 2018 02:07:50    American Heritage Fcu,
             2060 Red Lion Rd,   Philadelphia, PA 19115-1699
13780086    +E-mail/Text: banko@berkscredit.com Jun 28 2018 02:07:33    Berks Credit & Coll,
             900 Corporate Dr,   Reading, PA 19605-3340
13862491    +E-mail/Text: megan.harper@phila.gov Jun 28 2018 02:07:57
             CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,   BANKRUPTCY GROUP, MSB,
             1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
13780087     E-mail/Text: memberarfinancialtransactions@express-scripts.com Jun 28 2018 02:07:35
             Express Scripts,   P.O. Box 66580,   Saint Louis, MO 63166-6580
13780096    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 28 2018 02:07:47    Midland Funding,
             8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
13780098    +E-mail/Text: mmrgbk@miramedrg.com Jun 28 2018 02:07:49    Miramedrg,   991 Oak Creek Dr,
             Lombard, IL 60148-6408
13780099    +E-mail/Text: bankruptcydepartment@tsico.com Jun 28 2018 02:08:07    Nco Fin/09,
             507 Prudential Rd,   Horsham, PA 19044-2308
13780101    +E-mail/Text: bankruptcygroup@peco-energy.com Jun 28 2018 02:07:33    Peco Energy,
             2301 Market Street,   Philadelphia, PA 19103-1380
13780103     E-mail/Text: bnc@alltran.com Jun 28 2018 02:07:31    United Recovery Systems,   PO Box 722929,
             Houston, TX 77272-2929
                                                                                              TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13780094         Media Members Federal
13780095         Media Members Federal
13780092*       +Media Members Federal,   800 River Rd,   Conshohocken, PA 19428-2632
13780093*       +Media Members Federal,   800 River Rd,   Conshohocken, PA 19428-2632
                                                                                      TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: PaulP              Page 2 of 2            Date Rcvd: Jun 27, 2018
                              Form ID: pdf900          Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor John S Fleming dmo160west@gmail.com,  davidoffenecf@gmail.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN S FLEMING | Chapter 13 |
| Debtor | Bankruptcy No. 16-15933-ELF |

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

     **AND NOW**, this _____ day of _____, 201\_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

     **ORDERED**, that any wage orders are hereby vacated.

**Date: June 27, 2018**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
JOHN S FLEMING

2902 S. Felton Street

Philadelphia, PA 19142